UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

THIERNO MOHAMED BALDE, on behalf of himself
and all others similarly situated,

                              Plaintiffs,              **STIPULATION OF**
                                                        **VOLUNTARY DISMISSAL**

          -against-

ISTANBUL TURKISH GRILL, INC., and MASIS          14-CV-1393 (DNH)(DEP)
PRIGIAN and AHMET GULDESTE, each
in their individual and professional capacities,

                              Defendants.
----------------------------------------------------------------X

     **IT IS HEREBY STIPULATED AND AGREED**, by and among all parties in the

above-captioned action, through their undersigned counsel, that, in accordance with Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the action is dismissed inclusive of costs,

disbursements and attorneys' fees in its entirety with prejudice, except as to the claims under the

Fair Labor Standards Act, which are dismissed without prejudice.

Dated:          November *16*, 2015
                Great Neck, New York

BORRELLI & ASSOCIATES, P.L.L.C.

By:     _H. Joseph Cronen_
                H. Joseph Cronen

1010 Northern Boulevard, Suite 328
Great Neck, New York 11021
Tel: (516) 248-5550
Fax: (516) 248-6027
atc@employmentlawyernewyork.com
*Counsel for Plaintiff*

MASIS PRIGIAN

By:     _____   11/13/15
                Masis Prigian

ISTANBUL TURKISH GRILL, INC.,

By: _____
Masis Prigian

SO ORDERED:

DATED: November 20, 2015

_____
Hon. David E. Peebles
United States Magistrate Judge

**\*The Clerk is directed to close this matter as the court
has confirmed with plaintiff's counsel, H. Joseph
Cronen, Esq., by e-mail today that the plaintiff is not
pursuing the default against defendant Ahmet Guldeste.**